### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| GWEN JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>VALENTINE & KEBARTAS, INC.,<br><br>            Defendant. | Civil Action No.: 1:12-cv-00152-HSO-RHW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### NOTICE OF VOLUNTARY DISMISSAL

GWEN JOHNSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, VALENTINE & KEBARTAS, INC. (Defendant), in this case.

Plaintiff further requests for the Court to vacate the Telephonic Status Conference set for August 15, 2012.

DATED:  August 14, 2012            RESPECTFULLY SUBMITTED,

                                                       KROHN & MOSS, LTD.

                                                       By:  /s/ Shireen Hormozdi

                                                              Shireen Hormozdi, Esq.
                                                              Attorney for Plaintiff
                                                              Krohn & Moss, Ltd.
                                                              10474 Santa Monica Blvd., Suite 401
                                                              Los Angeles, CA 90025
                                                              Tel: (323) 988-2400 x 267
                                                              Fax: (866) 385-1408
                                                              Email: shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

> Robert Handley
> Valentine & Kebartas, Inc.
> 524 Cleveland Boulevard
> Suite 201
> Caldwell ID 83605

By:   /s/ Shireen Hormozdi

Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com